**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DATA TRACE INFORMATION SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VISTA TITLE AND ESCROW, LLC, a Washington limited liability company,<br><br>Defendant. | Case No. 8:25-cv-00715-JVS-DFM<br><br>[Assigned to the Honorable James V. Selna]<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [36]** |

# ORDER OF DISMISSAL

Pursuant to the *Joint Stipulation of Dismissal* of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  February 02, 2026

_____
Honorable James V. Selna
United States District Judge

2

**ORDER GRANTING JOINT
STIPULATION OF DISMISSAL**